# EXHIBIT A

# TO

# DEFENDANT'S NOTICE OF REMOVAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA, FACTORY MUTUAL INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, ASSOCIATED GAS & ELECTRIC INSURANCE SERVICES, LIMITED, ARCH INSURANCE COMPANY (EUROPE) LTD., and CERTAIN UNDERWRITERS AT LLOYD'S LONDON subscribing to policies of insurance,<br><br>                Plaintiffs,<br>v.,<br><br>SIEMENS ENERGY, INC., f/k/a SIEMENS POWER GENERATION, INC.,<br><br>                Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**INDEX OF MATTERS BEING FILED**

Page 1 of 2

Exhibit A – Index of Matters Being Filed

Exhibit B – Docket Sheet

Exhibit C – Executed Process

Exhibit D – Plaintiffs' Original Petition

Exhibit E – Defendant's Answer to Plaintiff's Original Petition

Exhibit F – List of All Counsel of Record